## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| HEIDI PANELLI,<br>D/B/A "PANELLI DESIGN,"<br><br>      Plaintiff,<br><br>v.<br><br><br>ECS FINANCIAL SERVICES, INC.,<br>BEACON FUNDING CORPORATION,<br>BRETT GIZA,<br>SAMUEL N. OLIVA,<br>AND OTHER DEFENDANTS<br>KNOWN AND UNKNOWN,<br><br>      Defendants. | Civil No.: 0:09-cv-01141-PJS-RLE<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE THAT, under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the above entitled action.

Date: June 19 2009.

BEST & FLANAGAN LLP

By **/s/ Edward Sheu**
Edward P. Sheu (#312885)
Kristin L. Petersen (#389258)
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 339-7121
esheu@bestlaw.com
kpetersen@bestlaw.com
***ATTORNEYS FOR PLAINTIFF***

019190/290001/1087133_1