UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HEIDI PANELLI,<br>d/b/a "Panelli Design," | Civil No. 09-CV-1141 (PJS/RLE) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| ECS FINANCIAL SERVICES, INC.,<br>BEACON FUNDING CORPORATION,<br>BRETT GIZA,<br>SAMUEL N. OLIVA,<br>and other defendants known and unknown, | |
| Defendants. | |

Based upon the Notice of Voluntary Dismissal filed by the plaintiff on June 19, 2009

[Docket No. 2],

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE and

without costs or disbursements to any party.

Dated: June 22, 2009                     s/Patrick J. Schiltz
                                        Patrick J. Schiltz
                                        United States District Judge